# United States Court of Appeals

### For the Eighth Circuit

_____

No. 19-2091

_____

Billy Duane Card Fleshner

*Plaintiff - Appellant*

v.

Kenneth Wayne Wiley

*Defendant*

Matthew Tiedt; Kyle Shores

*Defendants - Appellees*

Connie Sents; Dan Pickett

*Defendant*s

Dan Schaefer; James E. Dickinson

*Defendants - Appellees*

Marks Auto Repair and Wrecker Service; Bremer County, Iowa

*Defendant*s

_____

Appeal from United States District Court
for the Northern District of Iowa - Waterloo

_____

Submitted: April 3, 2020
Filed: April 10, 2020
[Unpublished]
_____

Before COLLOTON, WOLLMAN, and KELLY, Circuit Judges.
_____

PER CURIAM.

Billy Fleshner appeals the district court's[1] adverse grant of summary judgment and the adverse jury verdict in his 42 U.S.C. § 1983 action. After de novo review, construing the record in the light most favorable to Fleshner, and drawing all reasonable inferences in his favor, we conclude that summary judgment was proper for the reasons stated by the district court. See Odom v. Kaizer, 864 F.3d 920, 921 (8th Cir. 2017) (reviewing grant of summary judgment de novo; summary judgment is proper when there is no genuine issue of material fact and party is entitled to judgment as a matter of law; evidence is viewed and all reasonable inferences are drawn in nonmoving party's favor). We further conclude that Fleshner has waived review of the jury verdict by not providing any meaningful argument on appeal, see Waters v. Madson, 921 F.3d 725, 744 (8th Cir. 2019) (issues not meaningfully argued on appeal are waived), and by failing to provide a trial transcript, see Fed. R. App. P. 10(b)(2) (if appellant intends to urge on appeal that finding is unsupported by or contrary to evidence, he must include in record a transcript of all evidence relevant to that finding). The judgment is affirmed. See 8th Cir. R. 47B.

_____

[1]The Honorable C.J. Williams, United States District Judge for the Northern District of Iowa.